## CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Selena Maturo** DOB: 1994; United States Citizen<br>**Ariana Elizabeth Haro**; DOB: 1987; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**16-04288MJ** |

Complaint for violation of Title 21, United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about March 20, 2016, at or near Whetstone, in the District of Arizona, **Selena MATURO,** and **Ariana Elizabeth HARO** named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).
   All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 20, 2016, at approximately 3:45 PM, Border Patrol Agents were performing their assigned duties at the Border Patrol Checkpoint located on Interstate 90 near Whetstone, Arizona. Agents noticed two female occupants of a rental vehicle, a white 2016 Ford Focus, approach the primary inspection area. The driver was identified as Ariana Elizabeth HARO and the passenger was identified as Selena MATURO. Agents saw both of them smoking and saw the rental vehicle's no smoking stickers. Suspecting that HARO and MATURO were attempting to utilize a known drug trafficking tactic to mask the odor of narcotics attempting to hide something, agents asked for consent to search the trunk. HARO initially told the agent she didn't know how to open the trunk.

Consent was granted and a search of the trunk revealed two bags. MATURO admitted both bags belonged to them. MATURO granted consent to search the bags and 30 marijuana bricks wrapped in black and brown plastic tape were discovered inside the bags. Both HARO and MATURO were arrested and admonished of their Miranda rights. The two apprehended subjects, marijuana bricks, and the vehicle along with its contents were seized, and transported to the Willcox Border Patrol Station. While waiting for the above items to be transported, an agent observed a cellular phone in plain view on the passenger seat. The agent observed a text message to a subject, which the phone identified as LALO AUTO," and it stated, "we got caught."

**CONTINUED ON REVERSE.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>HHB/jt<br>AUTHORIZED AUSA Heather H. Sechrist | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 21, 2016 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

While being transported to the Willcox station for processing, HARO requested to speak to a supervisor. HARO informed the transporting agents that she had informed an officer with the Phoenix Police Department that MATURO had offered her $600-$900 to transport narcotics from Douglas, Arizona to Phoenix, Arizona.

At the station and during a search incident to arrest of MATURO, agents discovered a trace amount of white powdery substance, a silver tube with white powdery substance, and one dollar bill with white powdery substance. The white powdery substance subsequently tested positive for cocaine. All items were seized and placed into evidence.

After waiving their Miranda rights, HARO and MATURO were formally interviewed and made the following statements. MATURO admitted that she placed the two suitcases into the back of the car and they belonged to her.

HARO admitted to driving with MATURO to Douglas, Arizona and parked at the Wal-Mart. HARO stated they then walked across the Port-of-Entry into Mexico and met with two male associates of MATURO. The associates went by "Guero" and Lalo." HARO admitted that she presented herself to MATURO, Lalo, and Guero as someone interested in narcotic smuggling, but that she had no idea there would be drugs in the car this time. HARO admitted to handing the keys to one of the men (Lalo or Guero) when they met back in the United States at a bar on 18th street. HARO admitted the car was taken and returned a short time later. HARO admitted her shopping trip delay prior to driving to the checkpoint was only a coincidence that it was the checkpoint's shift change.

A representative sample from the bricks tested positive for marijuana and had a combined total weight of approximately 14.97 kilograms. Two cellular phones and a stun gun were seized from MATURO. An identification card, driver's license, and social security card with names different than HARO's was seized from HARO's possession.