JOHN S. LEONARDO
United States Attorney
District of Arizona
ANN L. DEMARAIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ann.demarais@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
____ RECEIVED ____ COPY

2016 APR 13 P 4:53

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Selena Maturo,
Ariana Elizabeth Haro,

(Counts 1 and 2 both defendants)

Defendants.

CR16-750 TUC JAS (DTF)

INDICTMENT

VIO: 21 U.S.C. § 846
(Conspiracy to Possess with Intent to Distribute Marijuana)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)
(Possession with Intent to Distribute Marijuana)
Count 2

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about March 20, 2016, at or near Whetstone, in the District of Arizona, Selena Maturo and Ariana Elizabeth Haro, named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

///

## COUNT 2

On or about March 20, 2016, at or near Whetstone, in the District of Arizona, Selena Maturo and Ariana Elizabeth Haro did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule 1 controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL

/ S /

_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/ S /

Assistant U.S. Attorney

Dated: April 13, 2016

REDACTED FOR
PUBLIC DISCLOSURE