Petition12C – Rev. 11/14

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

T-Sealed

UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant

| | |
|---|---|
| Name of Offender: | **Ariana Elizabeth Haro**  Case No.: **CR-16-00750-002-TUC-JAS (DTF)** |
| Name of Judicial Officer: | **The Honorable James A. Soto**  **United States District Judge** |
| Date of Original Sentence: | **8/18/2016** |
| Original Offense: | **Count 1: Conspiracy to Possess With Intent to Distribute Less than 50 Kilograms of Marijuana, 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(D) and 21 U.S.C. § 846, a Class D Felony** |
| Original Sentence: | **151 days Bureau of Prisons, 36 months supervised release** |
| Type of Supervision: | **Supervised Release**   Date Supervision Commenced: **8/18/2016**  Date Supervision Expires: **8/17/2019** |
| Assistant U.S. Attorney: | **Ann L. DeMarais**   Defense Attorney: **Harriette P. Levitt**  **520-620-7159**                                **520-624-0400** |

Petitioning the Court to issue a Warrant.

The probation officer alleges Ariana Elizabeth Haro has violated the following conditions of supervision:

**Allegation**      **Nature of Noncompliance**

A           **Special Condition #1** which states, *"You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer."*

1) On or about October 5, 2016, November 18 and 29, 2016, December 8, 9, and 19, 2016, January 13, 2017, February 1 and 21, 2017, Haro failed to submit to urinalyses as directed by the probation officer. Revocation is mandatory 18 U.S.C. 3583(g).

2) On or about September 19, 2016; January 27, 2016; and February 13 and 28, 2017, Haro tested positive for amphetamine/methamphetamine as evidenced by positive urinalysis and confirmed by Alere Laboratories. Revocation is mandatory 18 U.S.C. 3583(g).Grade C violation §7B1.1(a)(3).

CC: USM, AUSA, Probation            COPIES DISTRIBUTED

Page 2
RE: Ariana Elizabeth Haro
Petition to Revoke
March 13, 2017

**U.S. Probation Officer Recommendation and Justification**

Ariana Elizabeth Haro has violated the trust of the Court. A warrant is recommended as Haro is a danger to the community based on her prior arrests for assault and history of substance abuse. She is also a risk of flight as she has violated supervision in the past by leaving the country without permission.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_/s/ Michelle Noli_  3/13/2017
Michelle D. Noli      Date
U.S. Probation Officer
Office: 602-682-4315
Cell: 602-768-0341

_/s/ Sharie A. Lutt_  3/14/2017
Sharie A. Lutt        Date
Supervisory U.S. Probation Officer
Office: 602-682-4334
Cell: 602-770-7344

The Court Orders

☐   No Action

☒   The Issuance of a Warrant

☐   The Issuance of a Summons

☐   Other

_/s/ James A. Soto_   3-15-2017
The Honorable James A. Soto     Date
United States District Judge