AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

RECEIVED
U.S. MARSHALS SERVICE
2017 MAR 16 AM 10: 25
TUCSON
DISTRICT OF ARIZONA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  CR-16-00750-002-TUC-JAS (DTF) |
| | ) | |
| Ariana Elizabeth Haro | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)*   Ariana Elizabeth Haro                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:3583:  Violation of Supervised Release

Date:     March 15, 2017

*Issuing officer's signature*

City and state: Tucson, Arizona

Tiffany Dame, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/16/17, and the person was arrested on *(date)* 6/15/17
at *(city and state)* Phoenix, AZ.

Date:  6/15/17

Subject arrested by USMS
and initialed on 6/20/17
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*

CC: USM, AUSA, Probation

COPIES DISTRIBUTED