LODGED COPY
FILED ____ RECEIVED ____
AUG 2 1 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case Number: CR-16-00750-002-TUC-JAS (DTF) |
| v. | **CONSENT OF DEFENDANT AND ORDER OF REFERRAL** |
| Ariana Elizabeth Haro | **(Supervised Release/Probation Violation)** |

### ORDER OF REFERRAL

Defendant Ariana Elizabeth Haro having requested ☑ to enter an admission(s) or ☐ an evidentiary hearing regarding revocation and having consented to go forward with that proceeding before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge D Thomas Ferraro to make findings as follows:

That the Defendant, (1) is competent; (2) understands the violation allegation(s); and **in the event the Defendant chooses to enter an admission,** (3) the Defendant knowingly and voluntarily wishes to make the admission(s); and (4) there exists a factual basis for the admission(s).

If the Defendant chooses to admit the allegation(s), the Magistrate Judge is to make a recommendation as whether the admission should be accepted by the District Court.

**SO ORDERED:**

_/s/ James C. Soto_
Honorable James A. Soto
United States District Judge

### CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with ☑ my admission(s) or ☐ evidentiary hearing re revocation before the United States Magistrate Judge.

I consent to the above referral

_/s/ Ariana Haro_
Defendant

_/s/ Counsel_
Counsel for Defendant

_/s/ AUSA_
Assistant U.S. Attorney

Dated this 21st day of August, 2017.