## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**

v.

**Ariana Elizabeth Haro**

No.  CR-16-00750-002-TUC-JAS (DTF)

**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**

Harriette P. Levitt (CJA)
Attorney for Defendant

USM#: 57748-408

On 8/18/2016 the defendant, present with counsel, appeared for sentencing for violating, Title 21, U.S.C. §846, §841(a)(1) and §841(b)(1)(D), Conspiracy to Possess with Intent to Distribute Marijuana, Class D Felony offense, as charged in Count 1 of the Indictment.

The defendant was sentenced to a term of imprisonment of **TIME SERVED** and upon release, **THREE (3) YEARS** of supervised release to follow.

On 3/15/2017 the United States Probation Office filed a petition to revoke the term of supervised release.

On 8/21/2017 the defendant appeared with counsel and admitted allegation(s) A1 as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 8/18/2016 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **FIVE (5) MONTHS** with credit for time served, and upon release, **TWENTY-FOUR (24) MONTHS** of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

### SPECIAL CONDITIONS

In addition to the mandatory and standard conditions of supervised release pursuant to General Order 17-18, the defendant shall also comply with the following special conditions:

1) You must participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

Case 4:16-cr-00750-JAS-DTF   Document 72   Filed 11/07/17   Page 2 of 2

CR-16-00750-002-TUC-JAS (DTF)                                                    Page 2 of 2
USA vs. Ariana Elizabeth Haro

2) You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

3) You must participate in a mental health assessment and follow any directions by the probation officer or treatment provider, which may include taking prescribed medication. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

4) You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.

5) You must not use or possess alcohol or alcoholic beverages.

The defendant previously waived the right to appeal.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Tuesday, November 07, 2017**

Dated this 7th day of November, 2017.

Honorable James A. Soto
United States District Judge